In the Matter of the Petition of PATRICK LONG to Compel MARGARET LONG, as Executrix, etc., of RICHARD LONG, Deceased, to Account and Render and File an Account of Her Proceedings as Such Executrix.— Order affirmed, with ten dollars costs and disbursements payable out of the estate. Memorandum. The petition prays for an accounting of the executrix and the order appealed from directs nothing more. Petitioner is entitled to an accounting (Surr. Ct. Act, § 258) regardless of whether or not the executrix was properly cited (Surr. Ct. Act, § 100) so as to institute a proceeding for her removal. All concur. (The order dismisses objections of the executrix to a petition demanding an accounting.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

NICK JOHNBAPTIST, Respondent, v. EAST SIDE SAVINGS BANK, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of negligence on the part of the defendant is against the weight of the evidence. All concur, except Taylor and Lewis, JJ., who dissent and vote for affirmance. (The judgment affirmed a judgment of the Rochester City Court for recovery of deposit paid out on a forged withdrawal order.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

JEAN ELIZABETH EVANS, Respondent, v. ROME TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants summary judgment for recovery of money received by defendant for the use of plaintiff.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

MICHAEL KABOSIUS, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23241.)— Judgment affirmed, with costs. All concur, except Edgcomb and Lewis, JJ., who dissent and vote for reversal and a dismissal of the complaint upon the ground that the driver of the car was guilty of contributory nerligence as matter of law and that her negligence was attributable to the plaintiff. (The judgment awards damages for injuries sustained by an automobile colliding with a water tank in the roadway.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

MARY KABOSIUS, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23242.) — Judgment affirmed, with costs. All concur, except Edgcomb and Lewis, JJ., who dissent and vote for reversal and a dismissal of the complaint upon the ground that the plaintiff was guilty of contributory negligence as matter of law. (The judgment awards damages for injuries sustained by an automobile colliding with a water tank in the roadway.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.